UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PARMO MORALES,<br><br>        Petitioner,<br><br>   v.<br><br>THOMAS L. CAREY, Warden, et al.,<br><br>        Respondent. | 1:05-CV-0057 AWI WMW HC<br><br>ORDER REQUIRING PETITIONER TO INFORM THE COURT WHETHER HE WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

On January 13, 2005, petitioner filed a petition for writ of habeas corpus and the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge Jurisdiction.  Petitioner has not returned the consent/decline form.  At this time, the court shall require petitioner to complete a consent/decline form and return it to the court.

Accordingly, petitioner is ORDERED to tell the Court whether he will

1

1  consent to Magistrate Judge Jurisdiction.  Petitioner must complete and return
2  the consent/decline form within thirty (30) days.  Failure to follow this order
3  will result in a recommendation that this action be dismissed pursuant to Local
4  Rule 11-110.
5       The Clerk of the Court is DIRECTED to send to petitioner another copy of
6  the consent/decline form and the instructions for consent to Magistrate Judge
7  Jurisdiction.

9  IT IS SO ORDERED.
10 **Dated:    April 5, 2006**           **/s/ Anthony W. Ishii**
   0m8i78                                UNITED STATES DISTRICT JUDGE