1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11                                         )        1:05-CV-0057 AWI WMW HC
12   ANTONIO PARMO MORALES,                )
                                           )        ORDER REQUIRING
13                                         )        PETITIONER TO INFORM THE
                  Petitioner,             )        COURT WHETHER HE WILL
14                                         )        CONSENT TO MAGISTRATE
         v.                                )        JUDGE JURISDICTION
15                                         )
     THOMAS L. CAREY, Warden, et          )
16   al.,                                  )
                                           )
17               Respondent.               )
     ======================================
18

19          Petitioner is a state prisoner proceeding pro se with a habeas corpus action

20   pursuant to 28 U.S.C. § 2254.

21          On January 13, 2005, petitioner filed a petition for writ of habeas corpus

22   and the Clerk of the Court mailed a consent/decline form to petitioner, with

23   information and instructions for informing the Court whether he would consent

24   to Magistrate Judge Jurisdiction.   Petitioner has not returned the

25   consent/decline form.   At this time, the court shall require petitioner to

26   complete a consent/decline form and return it to the court.

27          Accordingly, petitioner is ORDERED to tell the Court whether he will

28

                                            1

consent to Magistrate Judge Jurisdiction.  Petitioner must complete and return the consent/decline form within thirty (30) days.  Failure to follow this order will result in a recommendation that this action be dismissed pursuant to Local Rule 11-110.

The Clerk of the Court is DIRECTED to send to petitioner another copy of the consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.


IT IS SO ORDERED.

**Dated:     May 24, 2006**              **/s/ Anthony W. Ishii**
0m8i78                           UNITED STATES DISTRICT JUDGE

2