UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTONIO PARMO MORALES,          )          1:05-CV-00057-AWI-WMW-HC
                                )
          Petitioner,           )          ORDER DENYING MOTION FOR
                                )          ANSWER AS MOOT
                                )
     v.                         )          [Doc. 26]
                                )
THOMAS L. CAREY, Warden, et al.,)
                                )
          Respondent.           )
                                )
                                )
_____)

          On August 14, 2006, Petitioner filed a motion requesting an order from the court

requiring the Respondent to file his answer.  Respondent filed his answer on May 25, 2006, and the

proof of service indicates that it was served on Petitioner at his address of record.

Accordingly, Petitioner's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   August 16, 2006**              _____/s/  William M. Wunderlich_____
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE