UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PARMO MORALES,<br><br>  Petitioner,<br><br>  v.<br><br>THOMAS L. CAREY, et al.,<br><br>  Respondents. | 1:05-CV-0057 AWI WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #35) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 21, 2006, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:   January 2, 2007**             **/s/ William M. Wunderlich**
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE